**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1624**

In re:  EMANUAL SHORTEN, a/k/a Terez, a/k/a T-Man,

Petitioner.

On Petition for Writ of Mandamus.
(3:14-cr-00750-TLW-1; 3:17-cv-01461-TLW)

Submitted:  December 5, 2019                    Decided:  December 11, 2019

Before WYNN, THACKER, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Emanual Shorten, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emanual Shorten petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied Shorten's § 2255 motion. Accordingly, because the district court has recently decided Shorten's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*